Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Jose A Hernandez <br> _____ <br> **Plaintiff(s)** <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br> The United States <br> Selective Service System <br> _____ <br> **Defendant(s)** <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jose A Hernandez |
| Street Address | 2582 Oak St. |
| City and County | Kissimmee, Osceola, |
| State and Zip Code | Florida, 34744. |
| Telephone Number | 407-312-4491. |
| E-mail Address | Jh7606178@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*The Selective Service System*
*military selective service Act*
*P.O. Box 94638,*
*palatine,*
*IL, 60094.*
*1-847-688-6888.*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*N/A*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jose A Hernandez , is a citizen of the State of *(name)* Florida and Connecticut.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _selective services_, is incorporated under the laws of the State of *(name)* _illinois_, and has its principal place of business in the State of *(name)* _illinois_.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _chicago, IL,_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$00.00¢

I still want To Be on the SSS Registration For life.

**III.  Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The selective service system is criminihally Discriminating against me I Applyed many many Times To Become a local Board member For the SSS But Becuase of my mental Health Reasons I kept getting Dehide.

**IV.  Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm a lifetime Registrant with The SSS, I, want This u.s. courtHouse To Review The SSS and my Registration, I'm still Inter Interested In Becoming a local Board member For The SSS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*also, I Apptey Applyed For The USPS and I never get Selected For The JOb, and other Federal government employment aswell.*

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       *06/20/2025.*

Signature of Plaintiff

Printed Name of Plaintiff       *JOSE   A   Hernandez.*

### B.     For Attorneys

Date of signing:       _____

Signature of Attorney       _____

Printed Name of Attorney       _____

Bar Number       _____

Name of Law Firm       _____

Street Address       _____

State and Zip Code       _____

Telephone Number       _____

E-mail Address       _____

| SELECTIVE SERVICE NUMBER | | DATE OF BIRTH | DATE OF REGISTRATION |
| --- | --- | --- | --- |
| 86-0510056-2  ON FILE | M | 02-16-1986 | 04-21-2025 |

**NAME AND CURRENT MAILING ADDRESS**

(Do Not Write in the Above Space.)

**\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 601**

86-0510056-2    50    50522-001979

JOSE A    HERNANDEZ
2582 OAK ST
KISSIMMEE, FL  34744-4943

8-00



If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify the Selective Service of any future changes of address or changes to any other items on your registration record.

**Change of Information Form**

If any information shown is incorrect, make corrections, sign, and return this top portion to:
Selective Service System, P. O. Box 94636, Palatine, Illinois 60094-4636.

_____    _____
TODAY'S DATE                   SIGNATURE OF REGISTRANT

GPO  U. S. GOVERNMENT PUBLISHING OFFICE: 2024-534-040/30012   SSS Form 3B (AUG 24)

**(Cut along dotted line.)**



**Dear Registrant:**

Please keep this letter or wallet sized acknowledgment card as legal proof of your registration. Please review this letter carefully, and use the top portion of this letter to update and/or correct your information. Line through any mistakes and write in the correct information.

**IF YOU MADE CHANGES:** Cut off the top portion of this letter, and mail it to Selective Service System, P.O. Box 94636, Palatine, Illinois 60094-4636. If your information is correct, do not return this form. However, if any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may make the changes at **https://www.sss.gov/verify/update-info/**.

For Non-Immigrants: If you are on a valid visa and believe that you were registered in error, send this entire form and proof of your immigration status to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638. A complete list of acceptable documentation may be found at **https://www.sss.gov/wp-content/uploads/2020/02/DocumentationList.pdf**.

Thank you for your cooperation, and please call us at 1-847-688-6888 if you have any additional questions/concerns.

**THIS IS NOT AN OFFICIAL FORM OF IDENTIFICATION**



Jose A. Hernandez
2582 Oak St.
Kissimmee, FL. 34744.

ORLANDO FL 328

21 JUN 2025 PM 5 L

United States
District courtHouse
U.S. Middle District
courtHouse,
401 West central Blvd.
orlando, FL. 32801.
Atth. to: The clerks
office.

